1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGUILAR ELIZALDE, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>LEHMAN BROTHERS BANK, FSB; et al.,<br><br>            Defendants. | Case No. EDCV 09-1426-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Lehman Brothers Bank, FSB, and Aurora Loan Services, LLC.  The Court orders that such judgment be entered.


Dated:  September 1, 2009               _____
                                         VIRGINIA A. PHILLIPS
                                         United States District Judge