**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGUILAR ELIZALDE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>LEHMAN BROTHERS BANK, FSB, a Federal Savings Bank; AURORA LOAN SERVICES, LLC, a Delaware Limited Liability Company; QUALITY LOAN SERVICE CORPORATION, a California Corporation; DOES 1-10, inclusive,<br><br>            Defendants. | Case No. EDCV 09-1426-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 27, 2010

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge